**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                      **CRIMINAL ACTION NO. 3:06CR164-P-A**

**ANTONIA EGGLESTON,**                      **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's Motion for Continuance [13-1]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for February 5, 2007. Defense counsel avers that he needs additional time to prepare for trial due to prior trial settings and previously scheduled depositions, including additional time to review the Government's discovery materials.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from February 5, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [13-1] is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, March 12, 2007 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

1

(3) The delay from February 5, 2007 to March 12, 2007 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is February 20, 2007; and

(5) The deadline for submitting a plea agreement is February 26, 2007.

**SO ORDERED** this the 28th day of December, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE